THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v PRESTON LAWRENCE, Defendant. COUNTY OF BROOME, Appellant; PETER P. CHARNETSKY, Respondent. [719 NYS2d 614] —Mugglin, J. Appeal from an order of the County Court of Broome County (Mathews, J.), entered June 28, 2000, which confirmed a prior order of the court granting Peter P. Charnetsky's application for enhanced assigned counsel fees.

The issues presented herein are identical to those presented in *People v Herring* (279 AD2d 765 [decided herewith]), which controls the resolution of this case.

Mercure, J. P., Spain, Carpinello and Lahtinen, JJ., concur. Ordered that the appeal is dismissed, with costs.